```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION
```

RHONDA L. MATHIS                                          PLAINTIFF

v.                      Civil No. 2:10-cv-02117

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                            DEFENDANT

### JUDGMENT

Before the Court is the Report and Recommendation filed on February 6, 2012, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 17. Judge Bryant recommends that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act ("EAJA") (ECF No. 13) be **GRANTED as stated herein**. Defendant has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

Accordingly, this Court finds that counsel is entitled to compensation under the EAJA in the amount of $6,314.50 pursuant to the EAJA, 28 U.S.C. § 2412. This award represents 25.25 hours of attorney time at an hourly rate of $173.00 and 25.95 hours of paralegal time at an hourly rate of $75.00.

**IT IS SO ORDERED this 9th day of March, 2012**.
`

                                /s/ Robert T. Dawson
                                HONORABLE ROBERT T. DAWSON
                                UNITED STATES DISTRICT JUDGE